UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GARICK FARLEY,**

    *Plaintiff,*

**v.**                                          Case No.: **8:24-cv-497-KKM-JSS**

**SHIVA FINANCE, LLC d/b/a
ADVANCE FINANCIAL 24/7,
TOTAL LOAN SERVICES, LLC,
AMIGA SERVICES, LLC,** *and*
**CAPITAL COMMUNITY BANK,
INC.,**

    *Defendants.*
_____/

**NOTICE OF SETTLEMENT WITH ALL DEFENDANTS**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and all Defendants have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on March 22, 2024.

                                                                      /s/ *Fethullah Gulen*
                                                                      Fethullah Gulen, Esq.
                                                                      Florida Bar Number: 1045392
                                                                      Seraph Legal, P. A.
                                                                      2124 W Kennedy Blvd., Suite A
                                                                      Tampa, FL 33606
                                                                      (813) 567-1230
                                                                      FGulen@SeraphLegal.com
                                                                      *Counsel for Plaintiff*