## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**GARICK FARLEY,**

*Plaintiff,*

**v.**                                                      **Case No: 8:24-cv-00497-KKM-JSS**

**SHIVA FINANCE, LLC d/b/a**
**ADVANCE FINANCIAL 24/7,**
**TOTAL LOAN SERVICES, LLC,**
**AMIGA SERVICES, LLC,** *and*
**CAPITAL COMMUNITY BANK,**
**INC.,**

*Defendants.*

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

All Parties having resolved this matter between themselves by mutual

agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff

hereby DISMISSES this action with prejudice, effective May 7, 2024, each party to

bear its own costs and attorneys' fees.

Respectfully submitted on May 7, 2024.

*/s/Fethullah Gulen*
Fethullah Gulen
FL Bar # 1045392
FGulen@Seraphlegal.com
SERAPH LEGAL, P. A.
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Tel: 813-567-1230

Fax: 855-500-0705
*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2024, a copy of the foregoing was filed electronically via the CM/ECF System and served via e-Notice to all counsel of record.

*/s/Fethullah Gulen*
Fethullah Gulen
FL Bar # 1045392

Page **2** of **2**